IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOSEPH FRIMPONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| vs. ) | 2:15-cv-00836 (WO) |
| ) | **ORDER OF COURT** |
| AMERICAN SPECIALTY ALLOYS, INC., ) | |
| REVOLUTION ALUMINUM, LLC, a/k/a ) | |
| ASA METALS, LLC, a/k/a ASA ) | |
| LOUISIANA and ROGER D. BOGGS, ) | |
| Individually, ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER OF COURT

AND NOW, TO WIT, on this 13th day of July, 2017, it hereby is ORDERED that Plaintiff's Motion to Enforce Settlement Agreement (doc. no. 18) is GRANTED. Defendants within 10 (ten) days from the date of this Order are to pay Plaintiff the principal amount of $232,000 (two-hundred-thirty-two thousand dollars), plus $5,000.00 in attorney fees. Payment shall be made in certified funds or money order directly to Plaintiff's counsel of record.

/s/ Myron H. Thompson
United States District Judge

**Accepted by:**

/s/ Julian E. Neiser
Julian E. Neiser (PA I.D. No. 87306)
One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA 15219
412-325-3301/412-325-3324 (fax)
jneiser@spilmanlaw.com


/s/ Edward J. Rantz, Jr.
Edward J. Rantz Jr., Esq. (LA ID No. 25220)
Rantz Law Firm, LLC
110 Veterans Memorial Blvd.
Suite 205A
Metairie, LA 70005
504-684-2165
erantz@rantzlawfirm.com